**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| CYNTHIA RUBIO, | ) | No. EDCV 07-1106 CW |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: August 8, 2008

```
                         _____/S/_____
                             CARLA M. WOEHRLE
                         United States Magistrate Judge
```